FILED
MAY - 8 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CANDELARIO HOLGUIN, JR. ) | |
| ) | |
| v. ) | 3-08-CV-905-B |
| ) | (Consolidated with 3-08-CV-906-B |
| NATHANIEL QUARTERMAN, Director, ) | and 3-08-CV-907-B) |
| Texas Department of Criminal Justice ) | |
| Correctional Institutions Division ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 8th day of May, 2009.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE